**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     SHARI S. BUCHANNAN ) | CASE NO.14-70740–BHL-13 |
| ) | |
|     DEBTOR(S) ) | |

## TRUSTEE OBJECTION TO CONFIRMATION

Comes now Robert P. Musgrave, Trustee, and objects to confirmation. In support of this objection, Trustee states as follows:

1. The plan is not feasible.

The Trustee requests the Court set hearing on this matter to a convenient time and date on its **NOVEMBER 2014** calendar.

WHEREFORE, the Trustee prays the Court deny the relief sought, and for all other relief deemed appropriate in the premises.

August 26, 2014

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail August 26, 2014:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

SHARI S. BUCHANNAN

732 E. LOUISIANA STREET

EVANSVILLE, IN 47711

M. BRIAN JEFFRIES
411 MAIN ST
EVANSVILLE, IN 47708-

                                               <u>/s/Robert P. Musgrave</u>
                                               Robert P. Musgrave
                                               Chapter 13 Trustee
                                               P.O. Box 972
                                               Evansville, IN  47706-0972
                                               Telephone:  (812) 424-3029
                                               Fax:  (812) 433-3464
                                               Email address:  chap13@trustee13.com